FILED
CLERK, U.S. DISTRICT COURT

11/30/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____RAM_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>Rocio Ramirez<br><br>　　　　　Defendant. | Case No.: 5:21-MJ-00699<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Southern__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

　　　Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (×)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

　　　(×)　information in the Pretrial Services Report and Recommendation

　　　(×)　information in the violation petition and report(s)

　　　( )　the defendant's nonobjection to detention at this time

　　　( )　other: _____

1

|   |   |   |
|---|---|---|
| 1 |   | and/ or |
| 2 | B. ( ) | The defendant has not met his/her burden of establishing by clear and |
| 3 |   | convincing evidence that he/she is not likely to pose a danger to the safety |
| 4 |   | of any other person or the community if released under 18 U.S.C. |
| 5 |   | § 3142(b) or (c).  This finding is based on the following: |
| 6 |   | ( )   information in the Pretrial Services Report and Recommendation |
| 7 |   | ( )   information in the violation petition and report(s) |
| 8 |   | ( )   the defendant's nonobjection to detention at this time |
| 9 |   | ( )   other: _____ |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated:  11-30-2021

SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE